IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 05-60104-01-HO |
| v. | ) | |
| | ) | ORDER FOR RULE 35 DOWNWARD |
| JAMES EUGENE CAMPBELL, | ) | DEPARTURE |
| | ) | |
| Defendant. | ) | |

THIS MATTER having come before the Court on motion of the government for a

reduction in the defendant's sentence pursuant to Federal Rules of Criminal Procedure, Rule 35,

and the Court now being fully advised in the premises,

IT IS HEREBY ORDERED that defendant James Eugene Campbell's sentence be

reduced four (4) offense levels from an offense level 29 to an offense level 25, thereby reducing

his sentence from a 120 month term of imprisonment to a 63 month term of imprisonment.

DATED this _6th_ day of June, 2008.

MICHAEL R. HOGAN
UNITED STATES DISTRICT JUDGE

Presented by:

KARIN J. IMMERGUT
United States Attorney


By: /s/ Sean B. Hoar
SEAN B. HOAR
Assistant United States Attorney
sean.hoar@usdoj.gov